UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE LEE LEMMON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, a Washington municipality,<br><br>  Defendant. | NO.<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant PIERCE COUNTY hereby removes to this Court the state court action described below.

1. On April 26, 2021 an action was commenced in the Superior Court of the State of Washington in and for the County of THURSTON, entitled LEMMON V. PIERCE COUNTY, as cause number 21-2-00730-34. A copy of the complaint is hereto attached as Exhibit A.

2. The first date upon which Defendant PIERCE COUNTY obtained a copy of the said complaint was April 26, 2021, and the day upon which Defendant was served a copy of said complaint and a summons from the said state court was May 17, 2021. A copy of the summons is attached hereto as Exhibit B.

NOTICE OF REMOVAL - 1
Lemmon USDC Notice of Removal FINAL
Cause No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that the complaint states, among other things, that it is brought "under 42 U.S.C. § 1983, the Fourteenth Amendment to the United States Constitution, the Eighth Amendment to the United States Constitution". Thus the suit is alleged to arise under STATUTE, CONSTITUTIONAL PROVISION, OR OTHER BASIS OF FEDERAL QUESTION JURISDICTION.

4. INTRADISTRICT ASSIGNMENT. LCR 3(e)(1) provides:

> In all civil cases in which all defendants reside, or in which all defendants have their principal places of business, or in which the claim arose in the count[y] of … Pierce, … Thurston, …. the case will usually be assigned to a judge in Tacoma. …. A civil action arises where a substantial part of the events or omissions that give rise to the claim occurred or where a substantial part of the property that is the subject of the action is situated. Cases removed from state court will be initially assigned to the Seattle Division or Tacoma Division according to the county where the action is pending.

Plaintiff filed this case in Thurston County Superior Court, but Pierce County is the County in which Plaintiff states he resides, where Defendant has its principal place of business, and where the events or omissions that give rise to the claim are alleged to have occurred. Defendant therefore requests assignment to the Tacoma Division of the United States District Court (Western District of Washington).

DATED this 24th day of May, 2021.

| | |
|---|---|
| MARY E. ROBNETT<br>Prosecuting Attorney | MARY E. ROBNETT<br>Prosecuting Attorney |
| s/ DANIEL R. HAMILTON<br>DANIEL R. HAMILTON, WSBA # 14658<br>Pierce County Prosecutor / Civil<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, WA  98402-2160<br>Ph: 253-798-7746 / Fax: 253-798-6713<br>dan.hamilton@piercecountywa.gov | s/ DONNA Y. MASUMOTO<br>DONNA Y. MASUMOTO, WSBA # 19700<br>Pierce County Prosecutor / Civil<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, WA  98402-2160<br>Ph: 253-798-4289 / Fax: 253-798-6713<br>donna.masumoto@piercecountywa.gov |

NOTICE OF REMOVAL - 2
Lemmon USDC Notice of Removal FINAL
Cause No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

## CERTIFICATE OF SERVICE

On May 24, 2021, I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Toby J. Marshall
>TERRELL MARSHALL LAW GROUP PLLC
>tmarshall@terrellmarshall.com
>
>Breanne Schuster
>Julia Mizutani
>AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
>bschuster@aclu-wa.org
>jmizutani@aclu-wa.org

>s/ JEANINE L. LANTZ
>JEANINE L. LANTZ
>Legal Assistant
>Pierce County Prosecutor's Office
>Civil Division, Suite 301
>955 Tacoma Avenue South
>Tacoma, WA 98402-2160
>Ph: 253-798-6083 / Fax: 253-798-671

NOTICE OF REMOVAL - 3
Lemmon USDC Notice of Removal FINAL
Cause No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713