THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

EDDIE LEE LEMMON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PIERCE COUNTY, a Washington municipality,

Defendant.

NO. 3:21-cv-05390-RSL

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**I.    STIPULATION**

On July 13, 2021, the Court entered an Order setting October 14, 2021 as Plaintiff's deadline to file his motion for class certification. ECF No. 21. The parties agree they have additional discovery to complete and further independent investigations to undertake before they are prepared to brief class certification. The parties therefore stipulate and request that the Court extend Plaintiff's deadline to file his motion for class certification by six months to April 15, 2022.

The Local Rules allow parties to file stipulated motions, including to request relief from a deadline. LCR 7(d)(1); LCR 10(g) (providing that stipulated motions to alter schedules previously set by the court should be supported by reasons justifying the proposed change); *see also Doe v. Trump*, No. 2:17-CV-00178 (JLR), 2017 WL 1378504, at *1 (W.D. Wash. Apr. 11, 2017).

---

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 3:21-cv-05390-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1. The parties are working diligently on discovery related to class issues in this case. Plaintiff served written discovery requests on July 30, 2021. The County responded on September 15 and submitted supplemental responses on September 29. The County served written discovery requests on August 2, and Plaintiff responded on September 15. Plaintiff anticipates that he will serve supplemental responses and documents responsive to the County's requests shortly and may also propound further discovery requests related to class certification issues in the coming weeks. The County has produced some documents and anticipates rolling productions of a substantial number of documents and records through the end of October.

The parties are also working to meet and confer on several issues related to both parties' responses and productions and hope to resolve them without Court intervention. But it is possible that one or both parties may file discovery motions. To the extent such discovery issues relate to class certification, the parties will need additional time to fully brief these issues and the Court will need time to resolve them before any class certification briefing.

Furthermore, the parties anticipate they will need to review all document productions and investigate information in those documents before deposing witnesses about issues relevant to class certification. Thus, the parties agree that a six-month extension is justified to resolve any discovery disputes, conduct investigations and depositions, and for Plaintiff to file his motion for class certification.

Accordingly, the parties agree and stipulate, subject to the Court's approval, that the deadline for Plaintiff's motion for class certification be extended to April 15, 2022.

//
//
//
//
//

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 2
CASE NO. 3:21-cv-05390-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 11th day of October, 2021.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Eric R. Nusser, WSBA #51513<br>Email: eric@terrellmarshall.com<br>Sarah E. Smith, WSBA #55770<br>Email: ssmith@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Breanne Schuster, WSBA #49993<br>Email: bschuster@aclu-wa.org<br>Julia Mizutani, WSBA #55615<br>Email: jmizutani@aclu-wa.org<br>AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br>P.O. Box 2728<br>Seattle, Washington 98111-2728<br>Telephone: (206) 624-2184<br>Facsimile: (206) 624-2190<br><br>*Attorneys for Plaintiff* | By: /s/ Fred B. Burnside, WSBA #32491<br>Fred B. Burnside, WSBA #32491<br>Email: fredburnside@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 757-8016<br>Facsimile: (206) 757-7016<br><br>Daniel R. Hamilton, WSBA #14658<br>Email: dan.hamilton@piercecountywa.gov<br>Donna Y. Masumoto, WSBA #19700<br>Email: donna.masumoto@piercecountywa.gov<br>PIERCE COUNTY PROSECUTOR / CIVIL<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, Washington 98402<br>Telephone: (253) 798-7746<br>Facsimile: (253) 798-6713<br><br>*Attorneys for Defendant* |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 3
CASE NO. 3:21-cv-05390-RSL

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Based on the foregoing parties' stipulation, IT IS HERE BY ORDERED THAT Plaintiff's deadline to file a motion for class certification be extended to April 15, 2022.

Dated this <u>12th</u> day of <u>October</u>, 2021.

*/s/ M S Lasnik*

THE HONORABLE ROBERT S. LASNIK

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 4
CASE NO. 3:21-cv-05390-RSL

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com