# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| EDDIE LEE LEMMON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PIERCE COUNTY,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:21-cv-05390-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for summary judgment (Dkt. No. 43) is GRANTED in part. Plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice. The Court DISMISSES without prejudice Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3). The Court DISMISSES Plaintiff's motion to certify class (Dkt. No. 69) as moot.

Dated January 13, 2023.

　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/ Ann Duke
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk